# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| KENT DAVIS | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CV 23-00346 DKW-WRP |
| V. | |
| KULA KAI VIEW ESTATES COMMUNITY ASSOCIATION, et al. | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII Mar 05, 2025, 12:59 pm Lucy H. Carrillo, Clerk of Court |
| Defendants. | |

[ ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the "Order (1) Granting in Part and Denying in Part Defendant Kula Kai View Estates' Motion for Summary Judgment and As-Construed Motion to Dismiss, (2) Permitting Partial Leave to Amend the Complaint, and (3) Remanding Plaintiff's Failure to Serve Certain Defendants to Assigned U.S. Magistrate Judge", ECF No. 39, filed May 15, 2024, the Dismissal Without Prejudice, of Defendants State of Hawaii, the Employees of the State of Hawaii, the Hawaii County Police Department, Stephen Frye, Keldon Waltgen, and Randy Larson, ECF No. 47, filed on June 7, 2024 and the "Order (1) Granting in Part Defendants' Motion to Dismiss, and (2) Dismissing Action Without Prejudice and Without Leave to Amend for Lack of Subject Matter Jurisdiction", ECF No. 96, filed on March 5, 2025. It is further ordered that the Clerk shall close this case.

| | |
|---|---|
| March 5, 2025 | LUCY H. CARRILLO |
| Date | Clerk |
| | /s/ LUCY H. CARRILLO by EA |
| | (By) Deputy Clerk |